BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER R. PILCH
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Citation No. 3872729 |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION AND |
| ) | PROPOSED ORDER FOR DISMISSAL |
| v. ) | |
| ) | |
| KYLE DAVIS, ) | |
| ) | |
| Defendant ) | |

    The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Christopher R. Pilch, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 3872729 against KYLE DAVIS without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure

Dated: September 10, 2016        Respectfully Submitted,
                                        Benjamin B. Wagner
                                        United States Attorney

                          By:    /s/ Christopher R. Pilch
                                        Christopher R. Pilch
                                        Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 3872729 against KYLE DAVIS be dismissed without prejudice, in the interest of justice.

Dated:  September  12, 2016

_Jennifer L. Thurston_
HON. JENNIFER L. THURSTON
United States Magistrate Judge